## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

**NEAREST GREEN DISTILLERY INC.**          **Case No. 3:26-bk-30471-SHB**

    **Debtor**          **Chapter 11**

## AMENDED NOTICE OF APPEAL

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the Federal Rules of Bankruptcy Procedure and hereby appeals from the Supplemental Memorandum Opinion on Motions to Dismiss[1] [Doc. 54] entered on March 23, 2026 and Order [Doc. No. 37] entered on March 19, 2026 by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy case by which the Bankruptcy Court granted the Receiver's Expedited Motion to

1. Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized Representative of the Debtors [Doc 8]; and

2. Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee [Doc 25].

The names of all parties to the Order appealed from are as follows:

|  |  |
|---|---|
| Party: | Phillip G. Young, Jr., Receiver |
| Attorney: | Justin T. Campbell, Esq. |
|  | Thompson Burton PLLC |
|  | 1801 West End Avenue, Suite 1550 |
|  | Nashville, TN  37203 |
|  |  |
| Party: | Farm Credit Mid-America, PCA |
| Attorneys: | Erika R. Barnes |
|  | Stites & Harbison PLLC |
|  | 401 Commerce St., Suite 800 |
|  | Nashville, TN  37219 |
|  |  |
|  | Dairanetta S. Spain, Esq. |
|  | McGuirewoods LLP |
|  | 845 Texas Ave., Suite 2400 |
|  | Houston, TS 77002 |

---

[1] Docket Number 54 is also identified as "Findings of Fact and Conclusions of Law" on the docket.

M. Alexandra Shipley, Esq.
McGuirewoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601


Dated: April 2, 2026

s/ *Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com